# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2420

_____

TRACY BUTLER,

    Appellant,

v.

NATIONAL CARRIERS,
INC./AMERICAN ZURICH
INSURANCE CO.,

    Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Mark A. Massey, Judge.

Date of Accident:  October 14, 2023.

August 12, 2025

PER CURIAM.

    AFFIRMED.

LEWIS, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Steven E. Hovsepian of Barbas, Nunez, Sanders, Butler, & Hovsepian, Tampa, for Appellant.

Jesse Dyer and Hinda Klein of Conroy Simberg, Hollywood, for Appellees.